AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| United States of America | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 15-mj-814 |
| Dwayne Anthony Myers | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dwayne Anthony Myers

Date:   09/03/2015

*Attorney's signature*

Daniel DeMaria (DD0065)
*Printed name and bar number*

Merchant Law Group LLP
26 Broadway, 21st Fl.
New York, NY 10004

*Address*

ddemaria@nyslitigators.com
*E-mail address*

(212) 658-1455
*Telephone number*

(877) 607-5419
*FAX number*